No. 1174. ELDER-BEERMAN STORES CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Jerome Goldman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1175. FOUNDING CHURCH OF SCIENTOLOGY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Leonard J. Linden* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Meyer Rothwacks* for the United States.

No. 1180. TODD SHIPYARDS CORP. *v.* MASTAN CO., INC., ET AL. C. A. 3d Cir. Certiorari denied. *George L. Varian* and *Francis J. Larkin* for petitioner. *John R. Sheneman* for respondent Mastan Co., Inc.

No. 1183. ENGELMAN *v.* CAHN, DISTRICT ATTORNEY OF THE COUNTY OF NASSAU, ET AL. C. A. 2d Cir. Certiorari denied. *Jacob W. Friedman* for petitioner. *William Cahn, pro se,* and *George D. Levine* and *Jules E. Orenstein* for respondents.

No. 1186. SOUTHFIELD POLICE OFFICERS ASSN. ET AL. *v.* CITY OF SOUTHFIELD ET AL. Sup. Ct. Mich. and Ct. App. Mich. Certiorari denied. *Noel A. Gage* for petitioners. *David R. Kratze* and *Sigmund A. Beras* for City of Southfield et al., and *Theodore Sachs* for Southfield Fire Fighters Assn., Local 1029, et al., respondents.